JUDGE GRIESA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :     INDICTMENT

   - v. -                            :
                                                    08 Cr.

GULLEN ROSARIO,                      :
  a/k/a "Gullian Rosario,"
  a/k/a "Shorty,"                    :

              Defendant.       :

08 CRIM 161

- - - - - - - - - - - - - - - - - x

COUNT ONE

      The Grand Jury charges:

      From on or about November 28, 2007, up to and including on or about February 13, 2008, in the Southern District of New York, GULLEN ROSARIO, a/k/a "Gullian Rosario," a/k/a "Shorty," the defendant, unlawfully, willfully, and knowingly, did buy, sell, exchange, transfer, receive, and deliver false, forged, counterfeited, and altered obligations and securities of the United States, with the intent that the same be passed, published, and used as true and genuine, to wit, ROSARIO sold and delivered counterfeit United States currency to another individual with the intent that the counterfeit currency would be passed and used as true and genuine.

      (Title 18, United States Code, Section 473.)


FOREPERSON                                MICHAEL J. GARCIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

GULLEN ROSARIO,
a/k/a "Gullian Rosario,"
a/k/a "Shorty,"

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 473)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

2/27/08 Filed Indictment. Case assigned to Judge Griesa. s/ Mag. Judge Katz